UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

SEAN WHITE,

      Plaintiff,

  -against-

SUPERINTENDENT W. LAPE,

      Defendant.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/08

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 11299(RJH) (KNF)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

_ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

_X_ Habeas Corpus

__ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____
_____

All such motions: ____

* Do not check if already referred for general pretrial.

SO ORDERED.

DATED:   New York, New York
      January 4, 2008

_____
HON: Richard J. Holwell
United States District Judge