UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

SEAN WHITE,                                    :

                Petitioner,                 :

          -against-                        :                    ORDER

                         :           07 Civ. 11299 (RJH)(KNF)

SUPERINTENDENT W. LAPE,

                Respondent.               :
-------------------------------------------------------------X

KEVIN NATHANIEL FOX,
UNITED STATES MAGISTRATE JUDGE

       SEAN WHITE has petitioned this court for a writ of habeas corpus pursuant to 28 U.S.C.

§ 2254.  In accordance with Rule 4 of the Rules Governing Section 2254 Cases in the United

States District Courts, I have considered the petition preliminarily and direct that:

      (1)     the respondent serve and file an answer or other pleading on or before March 28,

            2008.  The answer shall include such information as may be necessary for the

            Court to ascertain whether the petitioner has exhausted his state court remedies.

            Transcripts of all relevant proceedings, the briefs submitted on appeal, and the

            record in any state post-conviction proceedings shall be submitted by the

            respondent; and

      (2)     the petitioner shall serve and file a reply on or before May 5, 2008.

      (3)     Should the respondent determine to move with respect to the petition:

            (a)     the motion shall be served and filed on or before March 28, 2008;

            (b)     the petitioner shall serve and file any response to the motion on or before

                 May 5, 2008;

(c)     any reply shall be served and filed on or before May 23, 2008; and

(d)     should the petitioner fail to serve and file any response to the motion, or

fail to seek an extension of the time in which to do so, the Court shall

consider the respondent's motion to be unopposed.

The Clerk of the Court is directed to serve, by Certified Mail, Return Receipt Requested,

a copy of this Order and the underlying petition on counsel for the respondent, Andrew Cuomo,

Attorney General of the State of New York, attention "Section H."

Dated: New York, New York
      February 20, 2008

SO ORDERED:

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Copy mailed to:

Sean White
04-A-1062
Coxsackie Correctional Facility
P.O. Box #999
Coxsackie, NY 12051-0999