



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

CRIMINAL DIVISION
Federal Habeas Corpus Section

**MEMO ENDORSED**

Writer's Direct Telephone No.
(212) 416-8871

March 25, 2008

By Hand
Hon. Kevin Nathaniel Fox
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re: <u>Sean White v. Superintendent W. Lape</u>
          07-CV-11299 (RJH) (KNF)

Your Honor:

  I am an Assistant Attorney General in the office of Andrew Cuomo, Attorney General of the State of New York, and I will be representing respondent in the above-referenced habeas corpus matter. I am writing to request an extension of time in which to respond to Mr. White's habeas petition.

  On February 20, 2008, Your Honor issued an order requiring respondent to file a response to the petition by March 28, 2008. Upon receiving the order, my office requested the state court record (including the briefs on direct appeal, any documents pertaining to any collateral motions, and the transcript ) from the the New York County District Attorney's office. This morning I received the trial transcripts, I have not yet received the record on appeal, including the appellate briefs and any post-conviction motions. These documents are necessary to formulate a comprehensive response to petitioner's claim.

  Additionally, I am currently backlogged in my upcoming caseload. I am currently assigned to respond to nine habeas petitions in the next two months. As a result, I am requesting a 75 day extension from the original due date, until June 11, 2008, to file my response. This is my first request for an extension in this matter.

*3/27/08*
*Application granted.*
*Any reply by the petitioner*
*shall be served and filed*
*on or before July 21, 2008.*
*SO ORDERED.*
*/s/ Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX, U.S.M.J.

            Respectfully submitted,

            *Leilani Rodriguez*
            Leilani Rodriguez
            Assistant Attorney General

120 Broadway, New York, NY 10271 ● Fax (212) 416-8010

CC:   Sean White
      04-A-1062
      Coxsackie Correctional Facility
      PO Box #999
      Coxsackie, NY 12051-0999