

MEMO ENDORSED

Sean White #04A1062
Attica Correctional Facility
P.O. Box 149
Attica, N.Y. 14011-0149

By Hand
Hon. Kevin Nathaniel Fox
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Re: Sean White V.
Superintendent
W. Lape
07-CV-11299 (RJH)(KNF)

Your Honor:

CES

    I Sean White #04A1062 A Petitioner dated: October 25, 2007 that is incarcerated in Attica Corr. Fac. from a judgment of conviction entered on February 18, 2004, in New York State Supreme Court, New York County, after a jury trial, of Assault in the first degree.

I am writing to request an extension of time to properly prepare a traverse to the Assistant Attorney General's response to my petition.

Your honor issued an order requiring petitioner to file a traverse July 21, 2008.

I did not receive the Assistant Attorney General response until June 27, 2008 because of the constant transportation from two different facilities, (Cayuga and Auburn). I am also preparing my traverse on my own, without any assistants, and it is a limited access to the law library here at Attica Corr. Fac. As a result, I am requesting a 45 day extension from the original due date, July 21, 2008 to file my traverse. This is my first request for an extension in this matter.

7/15/08
Application granted. The petitioner is advised that all submissions to the Court must be sent to the Pro Se Office and not to the Court's chambers. In addition, all submissions to the Court must contain an affidavit from the petitioner indicating that a copy of the submission has been served on counsel to the respondent.

Cc: Filed

SO ORDERED!

_Kevin Nathaniel Fox_
Hon. Kevin Nathaniel Fox
United States Magistrate Judge

Respectfully Submitted
Sean White
#04A1062