Closed
9/14/07
CAB

SEAN WHITE #04A1062
ATTICA CORR. FACILITY
BOX 149
ATTICA, N.Y. 14011

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 9/2/08

AUG 29 2008
KEVIN NATHANIEL FOX
U.S. MAGISTRATE JUDGE

AUGUST 25, 2008   MEMO ENDORSED

07-CV-11299(RJH)(KNF)

BY HAND: Kevin Nathaniel Fox
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
U.S. COURTHOUSE-500 Pearl street
NEW YORK, N.Y. 10007

SEAN WHITE,

       Petitioner,

-against-

SUPERINTENDENT W. LAPE

       Respondent.

Dear your honor

     I Sean White #04A1062, am respectfully requesting a extension of time to properly prepare my traverse. I thought the first 45days from the original date would be enough, but because of the facility difficulties, and the limited access to the law library, I was unable to complete my traverse.

     As a result, I once again request another 45day extension to prepare/complete my traverse.

Cc:Filed

9/2/08
Application granted. On or before October 20, 2008, the petitioner shall serve and file his traverse. The petitioner is hereby reminded that all writings sent to the court must contain an affidavit indicating that a copy has been served on the respondent's counsel by the petitioner.
SO ORDERED:
Kevin Nathaniel Fox
KEVIN NATHANIEL FOX, U.S.M.J.

RESPECTFULLY SUBMITTED

Sean White

Sean White #04A1062
Attica Corr. Facility
Box 149
Attica, NY 14011